IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Marriott International, Inc. ("Marriott"), hereby moves the Court for the entry of an Order allowing it until May 13, 2003 to answer or otherwise respond to Plaintiff's Complaint ("Complaint"). Counsel for Plaintiff does not oppose this Motion. In support of this Motion, Marriott states:

1. Plaintiff's Complaint was filed on February 19, 2003 and was served on Defendant on April 2, 2003. Thus, Marriott's current deadline for responding to the Complaint is April 22, 2003.

2. Counsel for Marriott has only recently received the Complaint.

3. Due to demands on Defendant's counsel in other cases, and the necessary investigation that must be undertaken to properly respond to Plaintiff's Complaint, Marriott is requesting a modest extension of three weeks, or until May 13, 2003, to answer or otherwise respond to the Complaint. Plaintiff will not be prejudiced by the requested extension.

- 2 -

4.      Undersigned counsel spoke with counsel for Plaintiff, Jean Meta, on April 16, 2003. Ms. Meta indicated that she has no objection to the requested extension.

WHEREFORE, Defendant respectfully prays that this Court grant an extension of time to May 13, 2003 for it to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/ s /
_____
Todd J. Horn, Bar No. 06849
Christine P. D'Elicio, Bar No. 25505
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland  21201-2978
(410) 244-7400

Counsel for Defendants.

BA2/213411

- 2 -