IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Complaint, it is this _____ day of _____, 2003, hereby ORDERED:

(1)   that Defendant's Motion is GRANTED; and

(2)   that Defendant shall have until May 13, 2003 to answer or otherwise respond to Plaintiff's Complaint.

_____
Marvin J. Garbis
United States District Judge

BA2/213412