IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2003, copies of Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, which was electronically filed in this case on April 17, 2003, this Certificate of Service and the Notice of Electronic Filing, were mailed, via first class mail, postage prepaid, to Plaintiff's counsel of record:

>Jean D. Meta, Esquire
>Law Office of Jean D. Meta
>133 Defense Highway, Suite 111
>Annapolis, Maryland  21401

>/ s /
>_____
>Todd J. Horn, Bar No. 06849
>Christine P. D'Elicio, Bar No. 25505
>Venable, Baetjer and Howard, LLP
>1800 Mercantile Bank & Trust Building
>Two Hopkins Plaza
>Baltimore, Maryland  21201-2978
>(410) 244-7400

>Counsel for Defendants.

BA2/213569