IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. MJG 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Todd J. Horn as an additional counsel of record for Defendant, Marriott International, Inc., in the above-captioned case. Christine P. D'Elicio and Venable, Baetjer and Howard, LLP will remain as counsel for Marriott International, Inc.

Respectfully submitted,

/ s /
_____
Todd J. Horn, Bar No. 06849
Christine P. D'Elicio, Bar No. 25505
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Counsel for Defendant.

BA2/214464