IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK D. JONES | : |
| Plaintiff, | : |
| | : Case No.: MJG 03 CV 443 |
| v. | : |
| MARRIOTT INTERNATIONAL, INC. | : |
| Defendant. | : |

## AFFIDAVIT OF SERVICE

I, Casey A. Martin, do depose and say on oath as follows:

    1.    I am over eighteen (18) years of age, competent to testify, and not a party to this action.

    2.    I personally executed service of process upon Marriott International, Inc. (Keith N. Jones, Sr., Legal Assistant to James E. Akers, accepting process), Defendant, at 4:10 p.m. on Wednesday, April 2, 2003, at 10400 Fernwood Road, Department 52-923.21, Bethesda, Maryland 20811, by delivering and leaving with Keith N. Jones, Sr., the Summons in a Civil Case and the Complaint of Discrimination.

    I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the contents of the foregoing Affidavit of Service are true and correct to the best of my knowledge, information and belief.

*Casey A. Martin* (signature)
Casey A. Martin
Private Process Server
12303 Braxfield Court, Apt. #9
Rockville, Maryland 20852
(301) 984-8249

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PATRICK D. JONES
206A HILLTOP LANE, APT 202
ANNAPOLIS, MD 21403
V.

MARRIOTT INTERNATIONAL, INC.
1 MARRIOTT DRIVE
WASHINGTON, D.C. 20058

**SUMMONS IN A CIVIL CASE**

CASE    MJG 03 CV 443

TO: (Name and address of Defendant)

MR. JAMES E. AKERS
10400 FERNWOOD ROAD
DEPARTMENT 52-923.21
BETHESDA, MARYLAND 20817

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEAN D. META, ESQUIRE
LAW OFFICE OF JEAN D. META
133 DEFENSE HIGHWAY, SUITE 111
ANNAPOLIS MD 21401

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                              2-21-03
CLERK                                           DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 2, 2003 |
| NAME OF SERVER (PRINT) Casey A. Martin | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☑ **G Served personally upon the defendant.** Place where: 10400 Fernwood Road, Department S2-923.21 Bethesda, MD 20817

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

G Returned _____

G Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | ~ | $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 4/10/03
Date

*Casey A. Martin*
Signature of Server

12303 Braxfield Court, #9
Rockville, MD 20852
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.