IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. RDB 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO AMEND THE CAPTION

Plaintiff Patrick D. Jones and Defendant Courtyard Management Corporation, by and through undersigned counsel, hereby stipulate that the caption of this case be amended to change the name of the Defendant from "Marriott International, Inc." to "Courtyard Management Corporation."  This substitution is requested to reflect the correct name of the entity that employed Plaintiff.  Counsel for Plaintiff has reviewed this stipulation and consents to it being granted.

Respectfully submitted,

/ s /

Todd J. Horn (signed with permission
by Christine P. D'Elicio)
Bar No. 06849

/ s /

_____

Christine P. D'Elicio
Bar No. 25505
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400
(410) 244-7742 -- fax

Counsel for Defendant,
Courtyard Management Corporation.