IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. RDB 03-CV-443 |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

HAVING CONSIDERED the Parties' Stipulation to Amend the Caption, it is by this Court this _____ day of May 2003:

ORDERED, that the Parties' Stipulation to Amend the Caption shall be, and the same hereby is, GRANTED. It is further

ORDERED, that the Clerk shall amend the caption of this case to change the name of the Defendant from "Marriott International, Inc." to "Courtyard Management Corporation."

_____
Richard D. Bennett
United States District Judge