IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK D. JONES,                              *

        Plaintiff,                        *

    v.                                              *        Case No. RDB 03-CV-443

MARRIOTT INTERNATIONAL, INC.,                  *

        Defendant.                        *

*      *          *      *      *      *      *          *      *      *

## ORDER

        HAVING CONSIDERED the Parties' Stipulation to Amend the Caption, it is by this Court this 23 day of June 2003:

        ORDERED, that the Parties' Stipulation to Amend the Caption shall be, and the same hereby is, GRANTED.  It is further

        ORDERED, that the Clerk shall amend the caption of this case to change the name of the Defendant from "Marriott International, Inc." to "Courtyard Management Corporation."

                           _____
                           Richard D. Bennett
                           United States District Judge