Two Hopkins Plaza, Suite 1800   Telephone 410-244-7400   www.venable.com
Baltimore, Maryland 21201-2978   Facsimile 410-244-7742

Writer's Direct Dial:
410-244-7719
cpdelicio@venable.com

September 25, 2003

The Honorable Richard D. Bennett
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street,
Baltimore, Maryland 21201

      Re:   *Patrick D. Jones v. Marriott International, Inc.*
              **Civil Action No. RDB-03-cv-443**

Dear Judge Bennett:

      In accordance with Section III of the Court's May 13, 2003 Scheduling Order, the following joint status report is hereby submitted on behalf of all parties in this case. The paragraphs below correspond to those in Section III of the Court's Scheduling Order:

      a.    Discovery has been completed in the case, although Defendant is still waiting to receive medical records from one of Plaintiff's medical providers.

      b.    There are no motions pending.

      c.    Defendant intends to file a motion for summary judgment.

      d.    The Plaintiff has demanded a jury in this case. The parties anticipate that the trial will take two to three days.

      e.    Jean Meta, counsel for Plaintiff, and Christine D'Elicio, counsel for Defendant, met to conduct serious settlement negotiations on September 23, 2003, beginning at approximately 12:15 p.m. at Ms. Meta's offices in Annapolis. There have also been subsequent telephone messages exchanged between Ms. D'Elicio and Ms. Meta concerning settlement. At this time, no settlement has been reached, but the parties continue to discuss the issue.

      f.    At this time, the parties do not believe it would be helpful to hold a settlement or other ADR conference. In the event that the summary judgment motion is denied, such a conference may be of benefit at that time.

# VENABLE LLP

The Honorable Richard D. Bennett<br>
September 25, 2003<br>
Page Two

      g.    The parties do not consent to the reference of this case to a magistrate judge.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Christine P. D'Elicio

CPD:
cc:  Todd J. Horn, Esquire
     Jean D. Meta, Esquire

14562:188752
BA2DOCS1/192435/22-23