IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. RDB 03-CV-443 |
| COURTYARD MANAGEMENT CORP., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCES

Please withdraw the appearance of Christine P. D'Elicio as co-counsel of record for Defendant, Courtyard Management Corp., and enter the appearance of David R. Warner as counsel for Courtyard Management Corp., in the above-captioned case. Todd J. Horn will remain as counsel for Defendants.

Respectfully submitted,

/s/
_____
Todd J. Horn, Bar No. 06849
Christine P. D'Elicio, Bar No. 25505
Venable LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Counsel for Defendant.

/s/
_____
David R. Warner, Bar No. 13166
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
(202) 344-4000

Counsel for Defendant.

BA2/226160