IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK D. JONES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. RDB 03-CV-443 |
| COURTYARD MANAGEMENT CORP., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Patrick D. Jones, by undersigned counsel, and Defendant, Courtyard Management Corporation, by undersigned counsel, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., stipulate that this lawsuit be dismissed with prejudice, with each side bearing its own costs, including attorneys' fees. Counsel for Plaintiff has authorized defense counsel to file this on her behalf.

Respectfully submitted this 6th day of November, 2003.

/s/
_____
Jean D. Meta, Bar No. 15569
Law Office of Jean D. Meta
133 Defense Highway
Suite 111
Annapolis, Maryland 21401
(410) 224-0755

Counsel for Plaintiff

/s/
_____
Todd J. Horn, Bar No. 06849
Venable LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Counsel for Defendant.

BA2/229325