IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK D. JONES,   *

    Plaintiff,

v.   Case No. RDB 03-CV-443

COURTYARD MANAGEMENT CORP.,

    Defendant.

*   *   *   *   *       *   *       *   *   *

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Patrick D. Jones, by undersigned counsel, and Defendant, Courtyard Management Corporation, by undersigned counsel, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., stipulate that this lawsuit be dismissed with prejudice, with each side bearing its own costs, including attorneys' fees. Counsel for Plaintiff has authorized defense counsel to file this on her behalf.

Respectfully submitted this 6th day of November, 2003

/s/

Jean D. Meta, Bar No. 15569
Law Office of Jean D. Meta
133 Defense Highway
Suite 111
Annapolis, Maryland 21401
(410) 224-0755

Counsel for Plaintiff

/s/

Todd J. Horn, Bar No. 06849
Venable LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Counsel for Defendant.

BA2/229325

APPROVED this 7th day of November, 2003.

Richard D. Bennett
United States District Judge